705 A.2d 1301

**PHILADELPHIA NEWSPAPERS, INC., Publisher of The Philadelphia Inquirer, Appellant,**

**v.**

**HAVERFORD TOWNSHIP, Haverford Township Police Department, Gary E. Hoover and Charles Brooks.**

Supreme Court of Pennsylvania.

Argued Feb. 4, 1998.

Decided Feb. 27, 1998.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.